UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:20-CR-00585 |
| FRANKLIN TREJO-CHAVARRIA,<br>    a/k/a "Impulsivo," | § § § | |
| WILSON JOSE VENTURA-MEJIA,<br>    a/k/a "Discreto,"  a/k/a "Disco," | § § § | |
| JIMMY VILLALOBOS-GOMEZ,<br>    a/k/a "Duchi," a/k/a "Duchy," | § § § | |
| ANGEL MIGUEL AGUILAR-OCHOA,<br>    a/k/a "Darki," | § § § | (Murder in Aid of Racketeering,<br>18 U.S.C. § 1959(a)(1); Conspiracy<br>to Commit Murder in Aid |
| WALTER ANTONIO CHICAS-GARCIA,<br>    a/k/a "Walter," a/k/a "Mejia," and | § § § | of Racketeering, 18 U.S.C.<br>§ 1959(a)(5); and Aiding and<br>Abetting, 18 U.S.C. § 2) |
| MARLON MIRANDA-MORAN,<br>    a/k/a "Chinki." | § § § | |
| CARLOS ELIAS HENRIQUEZ-TORRES,<br>    a/k/a "Kalin." | § § | |

**NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America, by and through its counsel, Jennifer Lowery, Acting United States Attorney for the Southern District of Texas, John M. Lewis and Britni Cooper, Assistant United States Attorneys, David L. Jaffe, Chief of the Organized Crime and Gang Section of the U.S. Department of Justice, Julie Finocchiaro, Gerald Collins, and Matthew Hoff, Trial Attorneys, hereby notifies the Court and counsel for the Defendants that it does not intend to seek the death penalty against them.

Respectfully submitted,

*/s/ John M. Lewis*
John M. Lewis
Britni Cooper
Assistant United States Attorneys
United States Attorney's Office
Southern District of Texas

Julie A. Finocchiaro
Gerald Collins
Matthew Hoff
Trial Attorneys
Department of Justice
Organized Crime and Gang Section

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record for each defendant on the date of this filing via ECF notification and electronic mail.

/s/ *John M. Lewis*
John M. Lewis
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas